BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2772
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-00235-EFB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT |
| v. | |
| JENNIFER A. JOHNSON<br>   aka Jennifer A. Johnson Branco, | |
| Defendant. | DATE: September 15, 2014<br>TIME:  10:00 a.m.<br>JUDGE:  Hon. Edmund F. Brennan |

Plaintiff United States of America and defendant Jennifer A. Johnson, by and through their respective undersigned attorneys, hereby stipulate and request that the arraignment currently set for September 15, 2014 be continued to September 29, 2014.

The United States and counsel for defendant have been in communication; counsel for defendant is unavailable to make an appearance on September 15, 2014.[1]  The United States has no objection. Further, because defendant has not yet appeared before a judicial officer in this district, time under the Speedy Trial Act has not commenced.  18 U.S.C. § 3161(c).

///

---

[1] The government has been in contact with Gina Tennen of the Liberty Bell Law Group.  Ms. Tennen informed the government that another attorney from her firm, Jennifer Wirsching, will be filing a notice of appearance with the Court.

Stipulation And Order To Continue Arraignment            1

The Court Clerk has previously approved of September 29, 2014 as convenient for the Court.

                                          Respectfully submitted,

DATED: September 12, 2014       BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ Peter M. Mularczyk
                                          Peter M. Mularczyk
                                          Special Assistant U.S. Attorney


DATED: September 12, 2014      /s/ Jennifer Wirsching
                                          JENNIFER WIRSCHING
                                          Counsel for Defendant
                                          Jennifer A. Johnson

## ORDER

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, it is hereby ordered that the arraignment scheduled for September 15, 2014, at 10:00 a.m. is continued to September 29, 2014 at 10:00 a.m.  Further, defendant Johnson is ordered to appear on September 29, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 15, 2014

                                          HON. EDMUND F. BRENNAN
                                          United States Magistrate Judge